UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Randy L. Valentine

               Plaintiff

vs.

Detective Tina Celeste Dodd
Sued in her Individual Capacity;

              Defendant

**JUDGMENT IN A CIVIL CASE**

Civil Action No. 4:06-cv-03304-HMH

**Decision by the Court.** This action came to hearing before the court. The court having adopted the report and recommendation of the magistrate judge;

IT IS ORDERED that Valentine's case is dismissed without prejudice and without issuance and service of process.

January 4, 2007

LARRY W. PROPES, CLERK
UNITED STATES DISTRICT COURT

/s/ Sharon Welch-Meyer

Deputy Clerk